In and for The United States Eastern District Court of Michigan

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

    Petitioner(s),

v.

**Mark Zuckerberg**, et al

    Defendant(s).
_____/

Case: **25-cv-10707**

**DEMAND FOR JURY TRIAL**

FILED
MAR 26 2025
CLERK'S OFFICE
DETROIT

## Notice of Appeal

Comes Now, Plaintiff, Joseph D. Gilberti, PE, pursuant to FRCP and FRAP hereby appeals to the Order of Dismissal dated on March 18, 2025 (Docket #5), and received Order in Sarasota Jail on March 20, 2025, to the US District Court of Appeals for the 6th Circuit per order of dismissal (Docket #5). This lower court, Judge Linda V. Parker, dismissed this case knowing of the timed terrorism events surrounding plaintiff's actions while exposing primary spring water, in select isolated various remote locations across the country and the world, with lower water bills to the tap and new medicine resources for America they dismissed this politically without a care of the health and national defense these deep underground resources provide all Americans. Also Knowing Plaintiff is illegally incarcerated and is indigent, instead of paying attention to the facts and circumstances, showing some honor for the United States citizens, and calling a US Senator or Congressman on Public Record Permits regarding a unique deep underground medicinal antioxidant aquifer with endless capacity to the tap shown on statewide permits. Conspiring against America per title 18 USC 241-242, Title 22 USC, HR 5736; conspiring to hide global geological and geotechnical engineering knowledge from Americans and humanity per Title 15 USC.

## Certificate of Service

I hereby Certify that a copy of the Notice of Appeal was filed on March 21, 2025, at The United States Eastern District Court of Michigan Clerk of Court.

/Joseph Gilberti
Joseph D Gilberti PE
Petitioner
#2024-2237
2020 Main Street, Sarasota Jail
Sarasota FL, 34237
813-470-6000
239-980-3149
Gilbertiwater@gmail.com

www.GilbertiBlueGold.com

