UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joseph D. Gilberti,

                Plaintiff(s),

v.                                          Case No. 2:25−cv−10707−LVP−EAS
                                          Hon. Linda V. Parker

Mark Zuckerberg, et al.,

                Defendant(s).

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on March 26, 2025.


                                          KINIKIA D. ESSIX, CLERK OF COURT


                                      By: s/ Caitlin M Shrum
                                              Deputy Clerk

Dated:   March 26, 2025